Case 1:23-mj-00091-GMH   Document 1-1

Case: 1:23-MJ-91
Assigned To: Magistrate Judge G. Michael Harvey
Assign. Date: 4/28/2023
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

On Saturday April 22, 2023, an FBI Washington Field Office Task Force Officer (TFO) was acting in an undercover (UC) capacity as part of the Metropolitan Police Department- Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered a social media platform that is known to law enforcement as a place where people meet to discuss various fetishes among other things. Some members use this platform to meet others who have an interest in incest, taboo and CSAM (child sex abuse material.)

On Saturday April 22, 2023, the UC received a private message from an individual using the screen name, "D4ALL," subsequently identified as Raymon Dandridge (Dandridge). The following is a portion of the private chat between Dandridge and the UC:

Dandridge: Hey Perv hows it going

UC: Going great, u a perv too?

Dandridge: Yes, It's hard trying to find local one's around here

UC: Yes it is I have no limits

Dandridge: I just have a few scat adult in diapers vomit. Other than that I'm with it. You got kids?

UC: Yes Dau 8. Dating a girl off and on with a 7 yo boy U?

Dandridge: No not yet, working on it. That's what's up. Does she get into it or she doesn't know?

UC: I perv on her when she sleeps. How old is yours

Dandridge: Mmm that sounds like fun

UC: Yes I love playing with her

Dandridge: I don't have one yet I'm working on it trying to find a woman that's into without saying she's into it.

UC: Ah cool.

Dandridge: It's just you two? Or the girlfriend stay with y'all

UC: Just us two. Shared custody.

Dandridge: I'm talking to one dad he has two kids the son is 12he says he wants to watch me play with him but idk if he serious or just like to talk and fantasize about it . Nice so you get to play often.

UC: Mmmm if he is serious let me know.

Dandridge: Oh I will

UC: It would be hot to see another perv cum and touch mine

Dandridge: I would love to.

UC: Mmmmmm. How far from DC

Dandridge: I'm very discreet. I'm in Lothian near Upper Marlboro 4 mins from route 4.

UC: I'd be up for that for sure if we have trust.

Dandridge: Oh yeah I not telling nobody. I cant afford to get into any trouble so we good on my end.

During the course of the chat the UC asked Dandridge if he had, "young material," referring to child sex abuse material. Dandridge informed the UC that he did have this type of material, and asked the UC if he had Telegram.[1] The UC provided his Telegram account information to Dandridge and began communicating with him on Telegram.

Dandridge used the Telegram screen name, Ray Gozeinu. Dandridge sent the UC an invite to chat with him in a private "secret" chat within Telegram. On April 22, 2023, Dandridge

---

[1] Telegram is a communication app that utilizes end to end encryption.

2

sent the UC a video depicting an adult male masturbating next to an infant, and which shows the adult man inserting his penis into the infant's mouth. Dandridge told the UC that he had more videos, and asked the UC if crying bothered him. The UC told Dandridge that crying did not bother him.  In response, Dandridge sent the UC a video showing an adult male forcibly inserting his penis in the mouth and anus of a toddler-aged child. The toddler's arms and legs are bound together with what appears to be black, Velcro, restraints.  The toddler can be heard crying in the video.

During the course of the chat, the UC sent Dandridge two images of his purported 8-year-old daughter.[2] The UC provided Dandridge with his cellular phone number and told Dandridge that he trusted him. Dandridge in return provided his cellular number to the UC: 443-XXX-8801. The UC continued to communicate with Dandridge via text messaging and Telegram.

On Monday April 24, 2023, the UC and Dandridge discussed meeting up so that Dandridge could sexually abuse the UC's pur.ported 8-year-old daughter.  The following is a portion of that chat via Telegram:

UC: I really trust you. I live in an apartment near the capital one arena in NW. Maybe we can meet close to my apartment at a bar or something then go back to my place to play with her. Or if your not interested in her we can meet when she not here and jerk to infant/naughty shit together. I'm up for whatever.

Dandridge: I'm really not a bar person/public but I do want to meet you.

UC: Ok we can meet at my place then

Dandridge: I want to play with both of you for sure man that's not even a doubt in my mind.

UC: Lol, cool, I cant wait to see your cum on her

---

[2] These images did not depict an actual child.

3

Dandridge: Mmm she would be my first.

On Monday April 24, 2023, Dandridge sent the UC more than 20 videos depicting toddlers and infants being sexually abused by adult men.  In one of these videos, an adult male can be seen inserting his erect penis in the anus of a toddler boy. The toddler boy can be heard screaming and crying throughout the video.

On April 24, 2023, FBI WFO searched law enforcement sensitive and commercial databases for the phone number 443-XXX-8801.  This search revealed that the user of this telephone number is Raymon Edward Dandridge of Harwood, Maryland.  A criminal history check revealed that Dandridge is currently on probation for a conviction for the Possession of Child Pornography, in Anne Arundel County, Maryland, from 2022.  There is reason to believe that, as a result of this conviction, Dandridge was and is required to register as a sex offender.

On April 26, 2023, the OCE continued to communicate with Dandridge via Telegram. During the course of the chat on that day, Dandridge sent the UC over 20 videos depicting prepubescent children, some as young as infants, being sexually abused by adults. In on of the videos, an adult male can be seen is masturbating his penis over the face of an infant. The infant is shown lying on his back, sucking on a pacifier. During this video, the adult male ejaculates on the infant's face.

On April 27, 2023, the OCE continued to chat with Dandridge via text message.  During the course of the chat the UC informed Dandridge that his purported 8-year-old daughter would be with him, at his home, on April 28, 2023 by 12 p.m. The UC told Dandridge that he would put on a movie for this little girl to watch, and that he would give her some medication or substance that would render her unconscious. The UC told Dandridge that, as a result of the substance, the

little girl would be unconscious for approximately 3 hours. Dandridge agreed to meet the UC and his purported daughter at the UC's home on Friday April 28, 2023, at 12:30pm.

On April 28, 2023, law enforcement observed Dandridge, outside of his residence in Maryland.  Law enforcement observed Dandridge get into his vehicle and drive away.  On April 28, 2023, at approximately 12:00 p.m., Dandridge messaged the UC to inform him that he was in the area and that he was looking for parking.  He was arrested when he arrived at the agreed upon meeting location in Washington, D.C.  Two cellular phones were recovered from Dandridge.  After being read his *Miranda* warnings, Dandridge waived his rights and spoke with law enforcement.  Dandridge admitted to communicating with the UC and to sending the UC child pornography.  Dandridge said that he uses the Telegram app to store, possess, and distribute child pornography.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Raymon Dandridge committed the following offenses:  Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about and between April 22, 2023 and April 26, 2023, and Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. 2423(b), on April 28, 2023.

Respectfully submitted,

*[signature]*

Hector Sepulveda
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 28, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE